UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
WACKUS, RUTH                                Case No. 08-55701 PJS
                                            Chapter 7
                                            HON. Phillip J. Shefferly

_____Debtor(s)._____/

# NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| T & C Federal Credit Union<br>2525 N. Telegraph<br>Bloomfield Hills, MI 48302 | 8 | $243.23 |
| T & C Federal Credit Union<br>2525 N. Telegraph<br>Bloomfield Hills, MI 48302 | 9 | $624.90 |
| T & C Federal Credit Union<br>2525 N. Telegraph<br>Bloomfield Hills, MI 48302 | 10 | $754.46 |
| | **TOTAL** | **$1622.59** |

Dated: July 9, 2010

/s/Timothy J. Miller, Trustee
Timothy J. Miller, Trustee
64541 Van Dyke, Suite 101B
Washington Township, MI 48095
(586) 281-3764
tmiller@schneidermiller.com